**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Adan NARANJO–VELASQUEZ,**
**Defendant–Appellant.**

**No. 04–50476.**

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 16, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and OWEN, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

In this appeal, the Government apparently concedes that Naranjo–Velasquez can satisfy the third prong of the plain error standard of review by showing that the district court felt constrained by the Sentencing Guidelines and most likely would have imposed a lower sentence under an advisory guidelines regime. We find nothing in the record that disturbs the Government's representation. Accordingly, the sentence is VACATED and the case is REMANDED for resentencing in accordance with *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

VACATED and REMANDED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

